# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MCCLARIN PLASTICS, INC.,** <u>et</u> **al.,** : | |
|     **Plaintiffs** : | |
| : | No. 1:16-cv-02508 |
| **v.** : | |
| : | (Judge Kane) |
| **BLACKFORD CAPITAL, INC.,** <u>et</u> **al.**, : | |
|     **Defendants** : | |

## ORDER

**AND NOW**, on this 16th day of February 2017, **IT IS HEREBY ORDERED THAT** Defendants' motion to dismiss Plaintiff's complaint (Doc. No. 3), is **GRANTED**. Plaintiff's complaint is dismissed without prejudice. The Clerk of Court is directed to **CLOSE** this case.

                                                   s/ Yvette Kane
                                                 Yvette Kane, District Judge
                                                 United States District Court
                                                 Middle District of Pennsylvania